IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

      Plaintiff,                    No. CIV S-10-1324 JAM DAD P

    vs.

M.P. HERNANDEZ, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On July 14, 2010, the court granted plaintiff a thirty-day extension of time to file a completed application in support of his request to proceed in forma pauperis. On July 23, 2010, plaintiff filed a letter with the court indicating that he no longer needed an extension of time and that his in forma pauperis application had been mailed on June 29, 2010 by a counselor. The court has not received the application to which plaintiff referred. Therefore, plaintiff will be granted a final extension of time to submit the application in support of his request to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of this order in which to file a completed application to proceed in forma pauperis;

/////

1

2. The Clerk of Court is directed to provide plaintiff with the application to request leave to proceed in forma pauperis by a state prisoner; and

3. Plaintiff's failure to comply with this order will result in the dismissal of this action.

DATED: August 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
han1324.36ifp2