IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

     Plaintiff,                   No. CIV S-10-1324 JAM DAD P

    vs.

M.P. HERNANDEZ, et al.,

     Defendants.         ORDER

_____/

        On August 24, 2010, the court granted plaintiff a thirty-day extension of time to submit a completed application to proceed in forma pauperis. On September 10, 2010, plaintiff filed a letter to inform the court that he gave his completed in forma pauperis application to the institution's counselor for mailing to the court. The court has not received the application. Accordingly, the court will provide plaintiff with a final extension of time to submit his in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the service of this order, plaintiff shall file a new application to proceed in forma pauperis; plaintiff's failure to comply with this order will result in the dismissal of this case; and

/////

2. The Clerk of the Court is directed to provide plaintiff with the court's application to proceed in forma pauperis.

DATED: October 5, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
han1324.ifp2