IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

    Plaintiff,                              No. CIV S-10-1324 JAM DAD P

    vs.

M.P. HERNANDEZ, et al.,

    Defendants.                       ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kings County and all the defendants work at California State Prison - Corcoran in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Although this case was originally filed with the Fresno Division, it was inadvertently transferred to this court.

        Pursuant to Local Rule 120(f), the court may on its own motion, transfer an action to the proper division of the court. Therefore, this action will be transferred back to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 15, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
han1324.22

2